BENJAMIN B. WAGNER
United States Attorney
VICTORIA L. BOESCH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900
victoria.boesch@usdoj.gov

Attorneys for the Federal Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONIA JOHNS,<br><br>              Plaintiff,<br><br>      v.<br><br>MEGAN J. BRENNAN, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE,<br><br>              Defendant. | CASE NO.  2:15-CV-1910-GEB-DAD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE SCHEDULING CONFERENCE**<br><br>**JUDGE: HON. GARLAND E. BURRELL, JR.**<br>**CTRM.:    6, 14th Floor** |

     Federal Defendant Postmaster General Megan J. Brennan of the United States Postal Service and Plaintiff Tonia Johns respectfully request that the Court continue the Scheduling conference currently set for November 23, 2015, at 9:00 a.m.  Because Plaintiff served the United States Attorney's office on November 2, 2015, Postmaster Brennan's response to Plaintiff's complaint is due on January 4, 2016. *See* Fed. Rules of Civ. Proc. 12 (a)(2)(United States officer sued in official capacity has 60 days from service on  the United States Attorney to respond to complaint), 6 (a)(1)(C) (response period that ends on a legal holiday continues until the next day that is not a weekend or legal holiday).  The United States Postal service is currently gathering information and preparing a litigation report to enable Federal Defendant's counsel to prepare an appropriate response to Plaintiff's complaint.  Accordingly, the parties are not yet in a position to hold a Federal Rule of Civil Procedure 26(f) discovery conference and propose a schedule and discovery plan to the Court.  The parties therefore propose that the Court

continue the Scheduling Conference until February 2016 to allow time for Federal Defendant's response and a subsequent discovery conference.

                                              Respectfully submitted,

                                              BENJAMIN B. WAGNER
                                              United States Attorney

Dated:  November 4, 2015        By:    */s/ Victoria L. Boesch*
                                              VICTORIA L. BOESCH
                                              Assistant United States Attorney
                                              Attorneys for Megan L. Brennan, Postmaster General,
                                              United States Postal Service


                                              PARK MINKLER

Dated:  November 4, 2015        By:    */s/ Nancy Park (authorized on 11/4/15)*
                                              NANCY PARK
                                              Attorney for Plaintiff Tonia Johns

     The pretrial scheduling conference, currently set for November 23, 2015, is rescheduled for February 1, 2016, at 9:00 a.m.  A joint status report shall be filed fourteen days prior to the hearing.

**IT IS SO ORDERED.**

Dated:  November 5, 2015

                                              _____
                                              GARLAND E. BURRELL, JR.
                                              Senior United States District Judge