PHILLIP A. TALBERT
United States Attorney
VICTORIA L. BOESCH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Postmaster General Megan L. Brennan

NANCY PARK (236750)
nancy@parkminkler.com
MICHAEL MINKLER (266504)
michael@parkminkler.com
PARK MINKLER
1111 Dunbar Road, Suite A-200
P.O. Box 3446
Arnold, CA  95223-3446
Phone: (209) 795-0271
Fax: (209) 795-0419

Attorneys for Plaintiff Tonia Johns

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONIA JOHNS,<br><br>                Plaintiff,<br><br>    v.<br><br>MEGAN J. BRENNAN, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE<br><br>                Defendant. | No.  2:15-cv-01910-JAM-DB<br><br>**STIPULATION AND ORDER FOR MEDICAL EXAMINATION (PSYCHOLOGICAL)** |

      Defendant Postmaster General Megan J. Brennan and Plaintiff Tonia Johns respectfully submit this stipulation and proposed order for a medical examination (psychological) under Federal Rule of Civil Procedure 35.

      The parties hereby stipulate that Plaintiff will submit to a psychological examination on January 16, 2017 at 10:00 a.m. at U.S. Legal Support, 2710 North Gateway Oaks Drive, Suite 300S, Sacramento, CA 95833 by Dr. Mark H. Strassberg, M.D. *See* Exhibit A (Dr. Strassberg's CV).  The examination will

consist of an interview and possibly the MMPI.  The examination will take between four (4) to six (6) hours to complete.  Defense counsel, or anyone from defense counsel's office, may not have any contact or communication with Dr. Strassberg during the examination.  Plaintiff may not be accompanied at the examination by any individual and may not have any contact or communication with her counsel, or anyone from counsel's office, during the examination.  The examination will not be videotaped but may be audio recorded.  If the examination is audio recorded by any party, a copy of the audio recording will be provided to the opposing party within one (1) week of the examination.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Dated:  January 11, 2017    By:   */s/ Victoria L. Boesch*
VICTORIA L. BOESCH
Assistant United States Attorney

Attorneys for Defendant

Dated: January 11, 2017    By:   */s/ Jinsun Nancy Park* (authorized on 1/11/17)
JINSUN NANCY PARK

PARK MINKLER, ATTORNEYS AT LAW
Attorneys for Plaintiff

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated:  January 13, 2017

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\johns1910.stip.ime.ord