Nancy Park Minkler (236750)
nancy@parkminkler.com
PARK MINKLER
1111 Dunbar Road, Suite A-200
PO Box 3446
Arnold, CA 95223-3446
Phone: (209) 795-0271
Fax: (209) 795-0419

Attorney for Plaintiff Tonia Johns

PHILLIP A. TALBERT
United States Attorney
VICTORIA L. BOESCH
Assistant United States Attorney
501Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Postmaster General Megan L. Brennan

# DISTRICT COURT OF CALIFORNIA

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| TONIA JOHNS | Case No.: 2:15-cv-01910-JAM-DB |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS PLAINTIFF'S CLAIMS 1 THROUGH 3 AND 7** |
| MEGAN J. BRENNAN, Postmaster General, United States Postal Service; DOES 1 through 10, inclusive | |
| Defendants. | |

STIPULATION AND [PROPOSED] ORDER TO DISMISS PLAINTIFF'S CLAIMS 1 THROUGH 3 AND 7

Plaintiff Tonia Johns and Defendant Postmaster General Megan J. Brennan respectfully submit this stipulation and proposed order to dismiss the following of Plaintiff's claims with prejudice:

- First Cause of Action - Discrimination Based on Blood Disease
- Second Cause of Action - Failure to Engage in the Interactive Process Regarding Blood Disease
- Third Cause of Action - Hostile Work Environment
- Seventh Cause of Action - Failure to Pay Minimum Wage

Respectfully submitted,

PARK MINKLER

Dated: 3/16/17

*/s/ Nancy Park Minkler*

Nancy Park Minkler
Attorney for Plaintiff

PHILLIP A. TALBERT
United States Attorney

Dated: 3/16/17     By: */s/Victoria L. Boesch (authorized 3/16/17)*
Victoria L. Boesch
Assistant United States Attorney
Attorneys for Defendant

**ORDER**

**IT IS SO ORDERED.**

Date:  3/17/2017         /s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE