Nancy Park Minkler (236750)
nancy@parkminkler.com
Park Minkler
1001 Hwy 4, suite 5
PO Box 3446
Arnold, CA 95223-3446
Phone: (510) 504-2893


Attorneys for Plaintiff
Tonia Johns

McGREGOR W. SCOTT
United States Attorney
VICTORIA L. BOESCH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2743
Facsimile: (916) 554-2900
Victoria.boesch@usdoj.gov

Attorneys for Postmaster General

**DISTRICT COURT OF CALIFORNIA**

**EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION**

| | |
|---|---|
| TONIA JOHNS<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>MEGAN J. BRENNAN, Postmaster General, United States Postal Service; DOES 1 through 10, inclusive<br><br><br>　　　　　　　Defendant. | Case No.: 2:15-cv-01910-JAM-DB<br><br>**JOINT REQUEST TO EXTEND DEADLINE TO FILE DISPOSITIONAL DOCUMENTS** |

Following an agreement between the parties to resolve this case, the Court set a deadline of June 19, 2020, for filing dispositional documents. Dkt. 60. Because the United States Postal

1  Service is still in the process of transferring settlement funds to Plaintiff and expects that such
2  transfer may take an additional three to four weeks, the parties respectfully request that the Court
3  move the deadline to file dispositional documents to **August 7, 2020**.

Respectfully submitted,

PARK MINKLER

Date:  June 16, 2020            /s/  Nancy Park Minkler (authorized 6/16/20)
                                Nancy Park Minkler
                                Attorney for Plaintiff Tonia Johns


Date:  June 16, 2020            McGREGOR W. SCOTT
                                United States Attorney


                                By:   /s/  Victoria L. Boesch
                                Victoria L. Boesch
                                Assistant United States Attorney
                                Attorneys for the Postmaster General

**ORDER**

Dated:  6/18/2020
                                /s/ John A. Mendez
                                United States District Court Judge