Nancy Park Minkler (236750)
nancy@parkminkler.com
PARK MINKLER
1001 Hwy 4, Suite 5
PO Box 3446
Arnold, CA 95223-3446
Phone: (510) 504-2893

Attorney for Plaintiff
Tonia Johns

McGregor W. Scott
United States Attorney
Victoria L. Boesch
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814

Attorneys for Postmaster General

**DISTRICT COURT OF CALIFORNIA**

**EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION**

| | |
|---|---|
| TONIA JOHNS<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MEGAN J. BRENNAN, Postmaster General, United States Postal Service; DOES 1 through 10, inclusive<br><br>　　　　　Defendants. | Case No.: 2:15-cv-01910-JAM-DB<br><br>**JOINT REQUEST TO EXTEND DEADLINE TO FILE DISPOSITIONAL DOCUMENTS** |

Following an agreement between the parties to resolve this case, the Court set a deadline of June 19, 2020 to file dispositional documents. Due to a delay in processing payment of the settlement funds, the Court granted the parties' request to extend the deadline to August 7, 2020. [Dkt. 62] The settlement funds are in the process of being issued, but Plaintiff may not receive

- 1 -
JOINT REQUEST TO EXTEND DEADLINE TO FILE DISPOSITIONAL DOCUMENTS

1  them by August 7.  The parties therefore respectfully request that the Court move the deadline to
2  file dispositional documents to August 21, 2020.

                                        Respectfully submitted,


                                        PARK MINKLER


   Date:  August 4, 2020                    /s/  Nancy Park Minkler
                                        Nancy Park Minkler
                                        Attorney for Plaintiff Tonia Johns




                                        McGREGOR W. SCOTT
                                        United States Attorney

   Date:  August 4, 2020
                                            /s/  Victoria L. Boesch
                                        Victoria L. Boesch
                                        Assistant United States Attorney
                                        Attorneys for the Postmaster General




                                        **ORDER**



   Date:  August 7, 2020                    /s/ John A. Mendez
                                        United States District Court Judge