1  Nancy Park Minkler (236750)
   nancy@parkminkler.com
2  PARK MINKLER
   1001 Hwy 4, Suite 5
3  PO Box 3446
   Arnold, CA 95223-3446
4  Phone: (510) 504-2893

5  Attorney for Plaintiff
   Tonia Johns
6
   McGregor W. Scott
7  United States Attorney
   Victoria L. Boesch
8  Assistant United States Attorney
   501 I Street, Suite 10-100
9  Sacramento, CA 95814

10 Attorneys for Postmaster General

**DISTRICT COURT OF CALIFORNIA**

**EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION**

| | |
|---|---|
| TONIA JOHNS | Case No.: 2:15-cv-01910-JAM-DB |
| Plaintiff, | |
| vs. | **JOINT REQUEST TO EXTEND DEADLINE TO FILE DISPOSITIONAL DOCUMENTS** |
| MEGAN J. BRENNAN, Postmaster General, United States Postal Service; DOES 1 through 10, inclusive | |
| Defendants. | |

    Following an agreement between the parties to resolve this case, the Court set a deadline of June 19, 2020 to file dispositional documents. Due to a delay in processing payment of the settlement funds, the Court granted the parties' request to extend the deadline to August 7, 2020. [Dkt. 62] Because of additional delays in processing the settlement funds, the Court granted the parties' request for an additional extension to August 21, 2020. [Dkt. 64]. Plaintiff's counsel has

received half of the settlement funds and has been notified that the other half are en route, but even after the funds are received, the parties will need to resolve a dispute regarding the form and allocation of the payment.  The parties are working to resolve this dispute without the Court's intervention and therefore respectfully request that the Court move the deadline to file dispositional documents to October 2, 2020.

Respectfully submitted,

PARK MINKLER

Date:  August 19, 2020       /s/  Nancy Park Minkler
Nancy Park Minkler
Attorney for Plaintiff Tonia Johns

McGREGOR W. SCOTT
United States Attorney

Date:  August 19, 2020       /s/  Victoria L. Boesch (authorized on 8/19/20)
Victoria L. Boesch
Assistant United States Attorney
Attorneys for the Postmaster General

**ORDER**

Date:  August 20, 2020       /s/ John A. Mendez
United States District Court Judge