Nancy Park Minkler (236750)
nancy@parkminkler.com
PARK MINKLER
1001 Hwy 4, Suite 5
PO Box 3446
Arnold, CA 95223-3446
Phone: (510) 504-2893

Attorney for Plaintiff
Tonia Johns

McGregor W. Scott
United States Attorney
Victoria L. Boesch
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814

Attorneys for Postmaster General

**DISTRICT COURT OF CALIFORNIA**

**EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION**

| | |
|---|---|
| TONIA JOHNS<br><br>Plaintiff,<br><br>vs.<br><br>MEGAN J. BRENNAN, Postmaster General, United States Postal Service; DOES 1 through 10, inclusive<br><br>Defendants. | Case No.: 2:15-cv-01910-JAM-DB<br><br>**JOINT REQUEST TO EXTEND DEADLINE TO FILE DISPOSITIONAL DOCUMENTS** |

Following an agreement between the parties to resolve this case, the Court set a deadline of June 19, 2020 to file dispositional documents. Due to a delay in processing payment of the settlement funds, the Court granted the parties' request to extend the deadline to August 7, 2020. [Dkt. 62] Because of additional delays in processing the settlement funds, the Court granted the parties' request for an additional extension to August 21, 2020. [Dkt. 64]. Plaintiff's counsel

received the settlement funds, but there was a dispute regarding the form and allocation of the payment.  The parties have resolved the issue with a side agreement, but need additional time to execute the agreement and have the settlement funds issued again.  The parties therefore respectfully request that the Court move the deadline to file dispositional documents to December 18, 2020.

Respectfully submitted,

PARK MINKLER

Date:  September 28, 2020

/s/  Nancy Park Minkler
Nancy Park Minkler
Attorney for Plaintiff Tonia Johns

McGREGOR W. SCOTT
United States Attorney

Date:  September 28, 2020

/s/  Victoria L. Boesch (authorized on 9/28/20)
Victoria L. Boesch
Assistant United States Attorney
Attorneys for the Postmaster General

**ORDER**

DATED: September 28, 2020

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE