Nancy Park Minkler (236750)
nancy@parkminkler.com
PARK MINKLER
1001 Hwy 4, Suite 5
PO Box 3446
Arnold, CA 95223-3446
Phone: (510) 504-2893

Attorney for Plaintiff
Tonia Johns

McGregor W. Scott
United States Attorney
Victoria L. Boesch
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814

Attorneys for Postmaster General

**DISTRICT COURT OF CALIFORNIA**

**EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION**

| | |
|---|---|
| TONIA JOHNS<br><br>          Plaintiff,<br><br>     vs.<br><br>MEGAN J. BRENNAN, Postmaster General, United States Postal Service; DOES 1 through 10, inclusive<br><br>          Defendants. | Case No.: 2:15-cv-01910-JAM-DB<br><br>**JOINT REQUEST TO EXTEND DEADLINE TO FILE DISPOSITIONAL DOCUMENTS** |

Following an agreement between the parties to resolve this case, the Court set a deadline of June 19, 2020 to file dispositional documents. Due to a delay in processing payment of the settlement funds and a subsequent dispute regarding the form and allocation of the payment, the parties requested and the Court granted extensions of the deadline. [Dkts 62, 64, 66, and 68.] The parties have executed a side agreement to resolve their dispute regarding the form and allocation of

the payment, but because of Covid-19 restrictions, the Postal Service has not yet been able to issue all three of the settlement checks. Plaintiff's counsel has received one of the checks, and the second check is en route to Plaintiff's counsel. The Postal Service is processing the last check, and hopes to be able to mail it to Plaintiff's counsel next week. The parties respectfully request that the Court move the deadline to file dispositional documents to January 15, 2021.

Respectfully submitted,

PARK MINKLER

Date:  December 16, 2020        /s/  Nancy Park Minkler
                                Nancy Park Minkler
                                Attorney for Plaintiff Tonia Johns


McGREGOR W. SCOTT
United States Attorney

Date:  December 16, 2020        /s/  Victoria L. Boesch (approved on 12/16/20)
                                Victoria L. Boesch
                                Assistant United States Attorney
                                Attorneys for the Postmaster General

**ORDER**

Date:  December 16, 2020        /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                UNITED STATES DISTRICT COURT JUDGE